UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                          BANKRUPTCY NO.
                                                         09-14172
MARKET STREET PROPERTIES, LLC           SECTION "A"
                                                         CHAPTER 11
DEBTOR

## MOTION FOR ORDER AUTHORIZING DEBTOR *NUNC PRO TUNC* TO EMPLOY AND PAY SALARIES TO INSIDER

Market Street Properties, LLC (the "*Debtor*"), as debtor and debtor-in-possession, hereby moves this Court for the entry of an Order under 11 U.S.C. §105(a) authorizing the Debtor to employ and pay a salary to Adam Swickle ("*Motion*"). In support of this Motion, the Debtor respectfully represents as follows:

1.      On December 23, 2009, (the "*Petition Date*"), the Debtor filed with this Court its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "*Bankruptcy Code*").

2.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3.      By this Motion, the Debtor respectfully requests the entry of an order pursuant to Section 105(a) of the Bankruptcy Code granting authority *nunc pro tunc* to September 1, 2010 to employ insider Adam Swickle ("*Mr. Swickle*") and to pay a salary in the amount of Five Thousand and NO/100 Dollars ($5,000.00) per month to Mr. Swickle.

4.      Mr. Swickle is a member of NOLA Development Partners, LLC, which holds a fifty percent (50%) membership and voting interest in the Debtor.

5. Swickle is and was since prior to the Petition Date the individual primarily responsible for the coordination of efforts to develop the properties of the Debtor. On June 7, 2010, the Management Committee of the Debtor, by resolution, appointed Swickle as an Officer of the Debtor to take up the day to day management of the Debtors affairs, including negotiating financing, vendor agreements, and other contract terms, together with executive authority subject to Management Committee approval.

6. As an Officer of the Debtor, Mr. Swickle works in concert with the Debtor's Project Manager, Michael Ullian, on a day by day basis in the City of New Orleans and nationally on behalf of the Debtor's overall development project, and provides the Debtor with the face of a principal decision maker in the negotiation process with prospective lenders, government officials, and prospective tenants. In addition, he provides nearly daily feedback to both Member Representatives of the Management Committee.

7. In his capacity as officer for the Debtor, Mr. Swickle has devoted nearly full time to achieving the Debtor's objectives, and in October of 2010 took up residence in the City of New Orleans to meet the weekly schedule of meetings for the Debtor. Since the filing of the bankruptcy, Swickle time has increased from periodic monthly visits of a day or two to extended stays of 3 to 5 days each week.

8. In addition to the above responsibilities, Mr. Swickle's has taken an active role in promoting the Debtor's properties to generate temporary rental income. To date, his efforts have resulted in the Debtor earning $50,000 in movie studio rentals and he is actively pursuing space advertising.

9. Mr. Swickle's employment is essential to the ability of the Debtor to continue to operate and reorganize. The Debtor seeks authority and approval of this Court to continue to employ Mr. Swickle at the salary indicated above and that such authority be effective, *nunc pro tunc*, as of September 1, 2010. Mr. Swickle does not seek any remuneration for services provided prior to September 1, 2010.

10. The Debtor believes that the employment of Mr. Swickle is necessary to the ability of the Debtor to continue to operate and reorganize and that it is in the best interests of the Debtor and all creditors to grant the relief requested herein.

11. No prior Motion for the relief requested herein has been made to this or any other Court.

12. No trustee, examiner, or creditors' committee has been appointed in the Debtor's chapter 11 case. Notice of this Motion has been provided to the Office of the United States Trustee for the Eastern District of Louisiana and to all creditors.

**WHEREFORE**, for the foregoing reasons, the Debtor respectfully requests that the Court enter an order granting the relief requested above, and granting to the Debtor such other and further relief as may be just and proper.

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

Respectfully submitted,

_____
STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
JOSEPH P. BRIGGETT (#33029)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email:speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com
*Attorneys for Debtor*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Order Authorizing Debtor *Nunc Pro Tunc* to Employ and Pay Salaries to Insiders has been served upon the parties listed on the attached Service List by depositing a copy of same in the United States mail, properly addressed, and first class postage prepaid, this 20th day of January 2010.

_____

Abaton Carlton Development
P.O. Box 311
Palm Beach, FL  33480

Boxer RE, LLP
Attn:  Accounting Manager
720 North Post Oak Road
Houston, TX  77024

Burt E. Eisenberg, N.A.
Trustee of the Market Street Trust
5100 Tamiami Trail N. Suite 123
Naples, FL  34103

Capital One, N.A. Trust Services
Trust Services
P.O. Box 61540
New Orleans, LA  70161

Demco Inc.
238 Lein Road
Buffalo, NY  14224

Dennis Sunshine
80 Cabot Court
Hauppauge, NY  11788

Eisenberg Trust
5100 Tamiami Trail N.
Suite 123
Naples, FL  34103

Elkin, PLC
201 St. Charles Avenue
Suite 4400
New Orleans, LA  70170

Entergy New Orleans, Inc.
c/o Real Estate Dept. Attn:  Ken Looper
Mail Unit No. L-ENT-3L
639 Loyola Avenue
New Orleans, LA  70113

Entergy Services, Inc.
c/o Legal Dept. Attn:  Alan H. Katz
Mail Unit No. L-ENT-26C
639 Loyola Avenue
New Orleans, LA  70113

Harter Secrest & Emergy LP
1600 Bausch & Lomb Place
Rochester, NY  14604

Imperial Premium Finance, Inc.
Box 9045
New York, NY  14604

Internal Revenue Service
Centralized insolvency Operations
P.O. Box 21126
Philadelphia, PA  19114-0326

Kahn & Associates
1000 N. Rampart Street
New Orleans, LA  70116

La. Department of Environmental Quality
P.O. Box 4311
Baton Rouge, LA  70821-4311

Market Street Properties Palm Beach
1221 Brickell Avenue, Suite 2100
Miami, FL  33131

Market Street Properties Palm Beach
c/o Tamara J. Fisher
164 Seminole Avenue
Palm Beach, FL  33480

Middleberg Riddle & Gianna
201 St. Charles Avenue, 31st Floor
New Orleans, LA  70170

Office of the US Trustee
400 Poydras Street, Suite 2110
New Orleans, LA  70130

Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA  70130

PKF Consulting
1010 Lamar, Suite 400
Houston, TX  77002

Ramp Development
P.O. Box 294743
Lewisville, TX  75029

Reznick Group
400 Capitol Mall, Suite 900
Sacramento, CA  95814

Shaw Energy Delivery Services, Inc.
36993 Treasury Center
Chicago, IL  60694

Taylor Porter Brooks  Phillips
451 Florida Street, 8th Floor
Baton Rouge, LA  70801

WCK Consultants
7 Tree Farm Road, Suite 206
Pennington, NJ  08534

William C. Broadhurst
2721 St. Charles Avenue
New Orleans, LA  70130

Williams Architects
824 Baronne Street
New Orleans, LA  70113

Alan K. Katz
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA  70113

Alan H. Goodman
Brent C. Wyatt
Lemle & Kelleher, LLP
601 Poydras Street, Ste 2100
New Orleans, LA  70130

Richard F. Carlisle
Boxer Property Management Corporation
720 North Post Oak Road
Suite 500
Houston, TX 77024

S. Ault Hootsell, III
Bryan Edward Bowdler
Phelps Dunbar
365 Canal St., Ste 2000
New Orleans, LA 70130

\l M. Thompson, Jr.
\l M. Thompson, Jr., LLC
)ne Canal Place
;65 Canal St., Suite 2960
lew Orleans, LA 70130

Mark C. Landry
Newman Mathis Brady & Spedale
212 Veterans Blvd.
Metairie, LA 70005

Market Street Properties Miami LLC
Attn: Michael W. Hill
201 St. Charles Avenue Suite 3800
New Orleans, LA 70170

J. David Forsyth
Sessions Fishman Nathan & Israel
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170

Kirk Reasonover
400 Poydras Street, Suite 1980
New Orleans, LA 70130-1440