UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **MARKET STREET PROPERTIES, LLC** | **09-14172** |
| | **SECTION A** |
| DEBTOR | |
| | CHAPTER 11 |

## MEMORANDUM TO RECORD
## MARCH 1, 2011

On March 1, 2011, the following matter came before the Court as well as the Objections thereto:

(1) Final hearing on the Motion for Approval and Authorization to (A) Execute Term Sheet; (B) Obtain Interim DIP Financing; (C) Pay Off and Terminate Existing DIP Financing; (D) Incur Post-Petition Secured Indebtedness and Replacement DIP Financing with Market Street Ventures, LLC; (E) Grant Security and Administrative Priority, and Execute Loan Documents; and (F) Set Final Hearing ("Financing Motion") [P-219];

(2) Motion for Authority to Employ and Pay Salaries to Insider Nunc Pro Tunc [P-215].

Appearances were made by:

Stewart F. Peck and Joseph Brigget, counsel for Market Street Properties, LLC ("Debtor");
J. David Forsyth, counsel for Boxer Finance, LLC;
Michelle Allen-Hart, counsel for Burt E. Eisenberg;
Adam Swickle, representative of Debtor;
Susanne Cambre, counsel for Market Street Ventures, LLC.

The Court approved the Financing Motion according to the terms discussed in open court. Within 2 business days, Debtor shall submit a proposed order in accordance with the Court's ruling.

The Motion for Authority to Employ and Pay Salaries to Insider Nunc Pro Tunc is continued to March 22, 2011, at 2:00 p.m. The Court will enter the appropriate order.

**3/1/11** /s/ **Lauren S. Tebbe**