UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 09-14172 |
| MARKET STREET PROPERTIES, LLC | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

MOTION FOR AUTHORITY *NUNC PRO TUNC* TO ENTER
INTO LEASE OF REAL PROPERTY WITH
ONE CANAL PLACE, LLC PURSUANT TO 11 U.S.C. § 363(b)

Market Street Properties, LLC (the "*Debtor*"), as debtor and debtor-in-possession, hereby moves this Court for the entry of an Order under 11 U.S.C. §363(b) authorizing the Debtor, *nunc pro tunc* to March 1, 2011, to enter into a lease of real property with One Canal Place LLC ("*One Canal*"). In support of this Motion, the Debtor respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

**Factual Background**

2. On December 23, 2009, (the "*Petition Date*"), the Debtor filed with this Court its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "*Bankruptcy Code*").

3. The Debtor is the owner of an approximately five hundred thousand (500,000) square foot power plant built in 1901, which qualifies for certain Federal History and other tax credits, along with two (2) substations, and three (3) parcels of vacant land (collectively, the "*Properties*").

4. The Debtor has made substantial progress in developing the Properties, including the employment of various estate professionals, obtaining debtor-in-possession financing to support the project, and attracting tenants for the Properties. Coordinating the ongoing development of the Properties necessitates office space for officers, professionals, and other employees of the Debtor to conduct business operations.

**The Lease**

5. Prior to the hearing, the Debtor intends to enter into a lease of real property with One Canal (the "*Lease*") for use of office property.[1] The property sought to be leased comprises approximately 4,666.67 square feet of office space at One Canal Place, New Orleans, Louisiana, 70130. The term of the lease will be for 12 months, commencing on or about March 1, 2011, and ending on or about February 29, 2012. The Lease Agreement contemplates that the Debtor will pay One Canal a monthly rent of Seven Thousand and NO/100 Dollars ($7,000), and further will provide a security deposit of Seven Thousand and NO/100 Dollars ($7,000) upon commencement of the Lease.

6. Paragraph 2(b) of the Lease provides that the Lease is subject to the approval of the Bankruptcy Court, upon notice and a hearing.

7. Pursuant to Paragraph 2(d) of the Lease, the Lease may be terminated upon thirty (30) days written notice to One Canal, provided that the effective date of termination is not prior to June 1, 2011. One Canal retains the similar lease termination rights upon fourteen (14) days written notice.

8. The other terms and conditions of the Lease are standard and customary for leases of commercial space in downtown New Orleans.

---

[1] An unexecuted form of the lease agreement is attached hereto as Exhibit "A" and incorporated herein.

## Authority to Enter into New Lease

9. The Debtor believes that the decision to enter into the Lease is in the ordinary course of Debtor's business, but, out of an abundance of caution, seeks the Court's approval to enter into the Lease, *nunc pro tunc* to March 1, 2011, pursuant to Section 363(b) of the Bankruptcy Code. Although entering into such a short term lease may be in the ordinary course of the Debtor's business, the Debtor is seeking court authority out of an abundance of caution.

10. Section 363(b) of the Bankruptcy Code bars a debtor from selling, using or leasing property, other than in the ordinary course of business, without a court order entered after "notice and a hearing".[2] Courts approve a motion to enter into a lease outside of the ordinary course of the debtor's business when in the sound exercise of the debtor's business judgment.[3]

11. In light of the facts and circumstances of the case, execution of the Lease is a sound exercise of the Debtor's business judgment. The property covered under the Lease accommodates the Debtor's needs for office space. The Lease will not create the possibility of a substantial administrative claim due to the fact that the Lease may be terminated after three (3) months.

12. Therefore, the Debtor seeks approval to enter into the New Lease with One Canal pursuant to Section 363(b) of the Bankruptcy Code.

**WHEREFORE**, Management respectfully requests that this Court (a) grant this Motion; (b) approve and authorize Management to enter into the Lease with One Canal, *nunc pro tunc* to March 1, 2011; and (d) grant such other and further relief as is just and equitable.

---

[2] *See* 11 U.S.C. § 363(b)(1); *In re Continental Air Lines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986); 3 COLLIER ON BANKRUPTCY § 363.02 ("Section 363(b) has been applied to other uses that one might not ordinarily posit as a question of the use of property, but rather as entering into transactions out of the ordinary course of business.").
[3] *Id.*; *In re Caldor, Inc. NY*, 193 B.R. 182, 187 (Bankr. S.D. N.Y. 1996) (approving retailer's motion to enter into a lease of real property for use as a distribution center).

Respectfully Submitted,

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, <br> RANKIN & HUBBARD | /s/ Stewart F. Peck_____ <br> STEWART F. PECK (#10403) <br> CHRISTOPHER T. CAPLINGER (#25357) <br> BENJAMIN W. KADDEN (#29927) <br> JOSEPH P. BRIGGETT (#33029) <br> 601 Poydras Street, Suite 2775 <br> New Orleans, LA 70130 <br> Telephone: (504) 568-1990 <br> Facsimile: (504) 310-9195 <br> Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com <br> *Attorneys for Debtor* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for *Nunc Pro Tunc* Authority to Enter into Lease of Real Property with One Canal Place, LLC has been served upon the parties receiving CM/ECF notice including parties appearing and requesting service, and upon the individuals listed below as well as those on the attached service list, by depositing a copy of same in the United States mail, properly addressed, and first class postage prepaid, this 1st day of March 2011.

_____/s/ Stewart F. Peck_____

One Canal Place, LLC
365 Canal Street, Suite 1100
New Orleans, LA 70130

| | | |
|---|---|---|
| Abaton Carlton Development<br>P.O. Box 311<br>Palm Beach, FL  33480 | Boxer RE, LLP<br>Attn:  Accounting Manager<br>720 North Post Oak Road<br>Houston, TX  77024 | Burt E. Eisenberg, N.A.<br>Trustee of the Market Street Trust<br>5100 Tamiami Trail N. Suite 123<br>Naples, FL  34103 |
| Capital One, N.A. Trust Services<br>Trust Services<br>P.O. Box 61540<br>New Orleans, LA  70161 | Demco Inc.<br>238 Lein Road<br>Buffalo, NY  14224 | Dennis Sunshine<br>35 Kettepond Rd.<br>Jericho, NY  11753 |
| Eisenberg Trust<br>5100 Tamiami Trail N.<br>Suite 123<br>Naples, FL  34103 | Elkin, PLC<br>201 St. Charles Avenue<br>Suite 4400<br>New Orleans, LA  70170 | Entergy New Orleans, Inc.<br>c/o Real Estate Dept.  Attn:  Ken Looper<br>Mail Unit No. L-ENT-3L<br>639 Loyola Avenue<br>New Orleans, LA  70113 |
| Entergy Services, Inc.<br>c/o Legal Dept. Attn:  Alan H. Katz<br>Mail Unit No. L-ENT-26C<br>639 Loyola Avenue<br>New Orleans, LA  70113 | Harter Secrest & Emergy LP<br>1600 Bausch & Lomb Place<br>Rochester, NY  14604 | Imperial Premium Finance, Inc.<br>Box 9045<br>New York, NY  14604 |
| Internal Revenue Service<br>Centralized insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA  19114-0326 | Kahn & Associates<br>1000 N. Rampart Street<br>New Orleans, LA  70116 | La. Department of Environmental Quality<br>P.O. Box 4311<br>Baton Rouge, LA  70821-4311 |
| Market Street Properties Palm Beach<br>1221 Brickell Avenue, Suite 2100<br>Miami, FL  33131 | Market Street Properties Palm Beach<br>c/o Tamara J. Fisher<br>164 Seminole Avenue<br>Palm Beach, FL  33480 | Middleberg Riddle & Gianna<br>201 St. Charles Avenue, 31st Floor<br>New Orleans, LA  70170 |
| Office of the US Trustee<br>400 Poydras Street, Suite 2110<br>New Orleans, LA  70130 | Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA  70130 | PKF Consulting<br>1010 Lamar, Suite 400<br>Houston, TX  77002 |
| Ramp Development<br>P.O. Box 294743<br>Lewisville, TX  75029 | Reznick Group<br>400 Capitol Mall, Suite 900<br>Sacramento, CA  95814 | Shaw Energy Delivery Services, Inc.<br>36993 Treasury Center<br>Chicago, IL  60694 |
| Taylor Porter Brooks  Phillips<br>451 Florida Street, 8th Floor<br>Baton Rouge, LA  70801 | WCK Consultants<br>7 Tree Farm Road, Suite 206<br>Pennington, NJ  08534 | William C. Broadhurst<br>2721 St. Charles Avenue<br>New Orleans, LA  70130 |
| Williams Architects<br>824 Baronne Street<br>New Orleans, LA  70113 | Alan K. Katz<br>Entergy Services, Inc.<br>639 Loyola Avenue, 26th Floor<br>New Orleans, LA  70113 | Alan H. Goodman<br>Brent C. Wyatt<br>Lemle & Kelleher, LLP<br>601 Poydras Street, Ste 2100<br>New Orleans, LA  70130 |

Richard F. Carlisle  
Boxer Property Management Corporation  
720 North Post Oak Road  
Suite 500  
Houston, TX 77024  

S. Ault Hootsell, III  
Bryan Edward Bowdler  
Phelps Dunbar  
365 Canal St., Ste 2000  
New Orleans, LA 70130  

Mark C. Landry  
Newman Mathis Brady & Spedale  
212 Veterans Blvd.  
Metairie, LA 70005  

Market Street Properties Miami LLC  
Attn: Michael W. Hill  
201 St. Charles Avenue Suite 3800  
New Orleans, LA 70170  

J. David Forsyth  
Sessions Fishman Nathan & Israel  
201 St. Charles Avenue, Suite 3815  
New Orleans, LA 70170  

Kirk Reasonover  
400 Poydras Street, Suite 1980  
New Orleans, LA 70130-1440  

```
Al M. Thompson, Jr.
Al M. Thompson, Jr., LLC
One Canal Place
365 Canal St., Suite 2960
New Orleans, LA  70130
```