UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 09-14172 |
| MARKET STREET PROPERTIES, LLC | SECTION "A" |
| | CHAPTER 11 |
| DEBTOR | |

MOTION FOR ORDER AUTHORIZING DEBTOR
TO EMPLOY AND PAY SALARY TO INSIDER

Market Street Properties, LLC (the "*Debtor*"), as debtor and debtor-in-possession, hereby moves this Court for the entry of an Order under 11 U.S.C. §105(a) authorizing the Debtor to employ and pay a salary to John Mannone ("*Motion*"). In support of this Motion, the Debtor respectfully represents as follows:

1. On December 23, 2009, (the "*Petition Date*"), the Debtor filed with this Court its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "*Bankruptcy Code*").

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3. By this Motion, the Debtor respectfully requests the entry of an order pursuant to Section 105(a) of the Bankruptcy Code granting authority to employ insider John Mannone ("*Mr. Mannone*") and to pay a salary to Mr. Mannone in the amount of Ten Thousand and NO/100 Dollars ($10,000.00) per month to Mr. Mannone.

4. Mr. Mannone is a member of NOLA Development Partners, LLC, which holds a fifty percent (50%) membership and voting interest in the Debtor and is a Member

1

Representative on the Management Committee of the Debtor as of the Petition Date.  Mr. Mannone has acted as Counsel and Financial Officer of the Debtor since prior to the petition date and is actively engaged in the day-to-day operations of the Debtor.

5.      Because of Mr. Mannone's intimacy with the development of the Properties, Mr. Mannone performs functions that would normally require several internal employees, allowing the Debtor to control costs and maintain flexibility as the project expands.

6.      Mr. Mannone has provided support in the Debtor's internal accounting and as a financial officer, monitoring the budget of the Debtor.  Mr. Mannone also acts as an operating officer, keeping track of the various vendors and ensuring that they are timely paid, and ensuring compliance generally.  Mr. Mannone oversees various details in the operations of the Debtor, which in turn allows Michael Ullian and Adam Swickle to concentrate on their respective areas of expertise.  Mr. Mannone's employment is essential to the ability of the Debtor to continue to operate and reorganize.

7.      Increasing activity in the development of the Properties will require Mr. Mannone to engage in frequent travel and extended time in New Orleans.  Consequently, Mr. Mannone will be required turn down business opportunities, including his involvement as a co-founder, attorney, and planner with Land Use Commercial Acquisition Services LLC.

8.      The Debtor believes that the employment of Mr. Mannone is necessary to the ability of the Debtor to continue to operate and reorganize and that it is in the best interests of the Debtor and all creditors to grant the relief requested herein.  The Debtor has determined that the salary of Ten Thousand and NO/100 Dollars ($10,000) per month proposed herein is fair and reasonable.

9. Thus, in order to continue to retain the services of Mr. Mannone, the Debtor's management has determined to pay Mr. Mannone the salary as set forth herein, subject to this Court's approval.

10. No prior Motion for the relief requested herein has been made to this or any other Court.

11. No trustee, examiner, or creditors' committee has been appointed in the Debtor's Chapter 11 case. Notice of this Motion has been provided to the Office of the United States Trustee for the Eastern District of Louisiana and to all creditors.

**WHEREFORE**, for the foregoing reasons, the Debtor respectfully requests that the Court enter an order granting the relief requested above, and granting to the Debtor such other and further relief as may be just and proper.

                Respectfully submitted,

LUGENBUHL, WHEATON, PECK,        /s/ Joseph P. Briggett
  RANKIN & HUBBARD               STEWART F. PECK (#10403)
                                       CHRISTOPHER T. CAPLINGER (#25357)
                                       BENJAMIN W. KADDEN (#29927)
                                       JOSEPH P. BRIGGETT (#33029)
                                       601 Poydras Street, Suite 2775
                                       New Orleans, LA 70130
                                       Telephone: (504) 568-1990
                                       Facsimile: (504) 310-9195
                                       Email: speck@lawla.com; ccaplinger@lawla.com;
                                                 bkadden@lawla.com
                                       *Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Order Authorizing Debtor to Employ and Pay Salaries to Insider has been served upon the parties listed on the attached Service List by depositing a copy of same in the United States mail, properly addressed, and first class postage prepaid, this 9th day of March 2011.



_____/s/ Joseph P. Briggett____

| | | |
|---|---|---|
| Abaton Carlton Development<br>P.O. Box 311<br>Palm Beach, FL  33480 | Boxer RE, LLP<br>Attn:  Accounting Manager<br>720 North Post Oak Road<br>Houston, TX  77024 | Burt E. Eisenberg, N.A.<br>Trustee of the Market Street Trust<br>5100 Tamiami Trail N. Suite 123<br>Naples, FL  34103 |
| Capital One, N.A. Trust Services<br>Trust Services<br>P.O. Box 61540<br>New Orleans, LA  70161 | Demco Inc.<br>238 Lein Road<br>Buffalo, NY  14224 | Dennis Sunshine<br>35 Kettepond Rd.<br>Jericho, NY  11753 |
| Eisenberg Trust<br>5100 Tamiami Trail N.<br>Suite 123<br>Naples, FL  34103 | Elkin, PLC<br>201 St. Charles Avenue<br>Suite 4400<br>New Orleans, LA  70170 | Entergy New Orleans, Inc.<br>c/o Real Estate Dept.  Attn:  Ken Looper<br>Mail Unit No. L-ENT-3L<br>639 Loyola Avenue<br>New Orleans, LA  70113 |
| Entergy Services, Inc.<br>c/o Legal Dept. Attn:  Alan H. Katz<br>Mail Unit No. L-ENT-26C<br>639 Loyola Avenue<br>New Orleans, LA  70113 | Harter Secrest & Emergy LP<br>1600 Bausch & Lomb Place<br>Rochester, NY  14604 | Imperial Premium Finance, Inc.<br>Box 9045<br>New York, NY  14604 |
| Internal Revenue Service<br>Centralized insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA  19114-0326 | Kahn & Associates<br>1000 N. Rampart Street<br>New Orleans, LA  70116 | La. Department of Environmental Quality<br>P.O. Box 4311<br>Baton Rouge, LA  70821-4311 |
| Market Street Properties Palm Beach<br>1221 Brickell Avenue, Suite 2100<br>Miami, FL  33131 | Market Street Properties Palm Beach<br>c/o Tamara J. Fisher<br>164 Seminole Avenue<br>Palm Beach, FL  33480 | Middleberg Riddle & Gianna<br>201 St. Charles Avenue, 31st Floor<br>New Orleans, LA  70170 |
| Office of the US Trustee<br>400 Poydras Street, Suite 2110<br>New Orleans, LA  70130 | Phelps Dunbar LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA  70130 | PKF Consulting<br>1010 Lamar, Suite 400<br>Houston, TX  77002 |
| Ramp Development<br>P.O. Box 294743<br>Lewisville, TX  75029 | Reznick Group<br>400 Capitol Mall, Suite 900<br>Sacramento, CA  95814 | Shaw Energy Delivery Services, Inc.<br>36993 Treasury Center<br>Chicago, IL  60694 |
| Taylor Porter Brooks  Phillips<br>451 Florida Street, 8th Floor<br>Baton Rouge, LA  70801 | WCK Consultants<br>7 Tree Farm Road, Suite 206<br>Pennington, NJ  08534 | William C. Broadhurst<br>2721 St. Charles Avenue<br>New Orleans, LA  70130 |
| Williams Architects<br>824 Baronne Street<br>New Orleans, LA  70113 | Alan K. Katz<br>Entergy Services, Inc.<br>639 Loyola Avenue, 26th Floor<br>New Orleans, LA  70113 | Alan H. Goodman<br>Brent C. Wyatt<br>Lemle & Kelleher, LLP<br>601 Poydras Street, Ste 2100<br>New Orleans, LA  70130 |

| | | |
|---|---|---|
| Richard F. Carlisle<br>Boxer Property Management Corporation<br>720 North Post Oak Road<br>Suite 500<br>Houston, TX  77024 | Mark C. Landry<br>Newman Mathis Brady & Spedale<br>212 Veterans Blvd.<br>Metairie, LA  70005 | J. David Forsyth<br>Sessions Fishman Nathan & Israel<br>201 St. Charles Avenue, Suite 3815<br>New Orleans, LA  70170 |
| S. Ault Hootsell, III<br>Bryan Edward Bowdler<br>Phelps Dunbar<br>365 Canal St., Ste 2000<br>New Orleans, LA  70130 | Market Street Properties Miami LLC<br>Attn: Michael W. Hill<br>201 St. Charles Avenue Suite 3800<br>New Orleans, LA 70170 | Kirk Reasonover<br>400 Poydras Street, Suite 1980<br>New Orleans, LA 70130-1440 |

Al M. Thompson, Jr.
Al M. Thompson, Jr., LLC
One Canal Place
365 Canal St., Suite 2960
New Orleans, LA  70130